# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
### Clerk's Office
### 333 Constitution Avenue, NW
### Washington, DC 20001

*Instructions for retrieving electronic case filings:*

Transferring Case number:   03cv265(RMU)

Case Caption: Stevens vs. Eli Lilly and Company

**03-12346 PBS**

MAGISTRATE JUDGE Alexander

**CLICK ON:**
- J-Net
- External Court Sites
- DC District Court
- Electronic Case Filing
- (IN RED) BEGIN: Electronic Case Filing
- Case Management/Electronic Case Filing System

At login type:  usdcma
    Password:  usdcma
Skip "Client Code", click logon

Once you are into CM/ECF, to print the docket sheet click:

- Reports
- Docket Sheet
- **Type in Case number:**
- Run Report

To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE: Once you have retrieved the necessary information please e-mail me at Catina_Porter@dcd.uscourts.gov with your court's case information.**

Thank you

JURY, TYPE-B, CLOSED, TRANSFERRED

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00265-RMU
Internal Use Only

STEVENS v. ELI LILLY AND COMPANY
Assigned to: Ricardo M. Urbina
Referred to:
Demand: $4000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 02/19/03
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

KAREN STEVENS, *Individually and as Mother, Guardian and Next Friend of Maddy Olivia Stevens and Fenner Zimble Stevens, minors*

represented by Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax : (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

ELI LILLY AND COMPANY

represented by Lawrence Hedrick Martin
FOLEY HOAG LLP
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
(202) 223-1200
Fax : (202) 785-6687
Email: lmartin@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

11/20/2003 17:46 FAX 202 354 3146    US DIST COURT RM 1825    @004
Case 1:03-cv-12346-MBB    Document 10    Filed 11/20/2003    Page 3 of 4

istrict of Columbia live database - Docket Report    https://ecf.dcd.circdc.c    .-gi-bin/DktRpt.pl?391815974121094-L_795_0-1

## Docket Text

| Filing Date | # | Docket Text |
|---|---|---|
| 02/19/2003 | | Summons (1) Issued as to ELI LILLY AND COMPANY. (aet, ) (Entered: 02/26/2003) |
| 02/19/2003 | 1 | COMPLAINT against ELI LILLY AND COMPANY (Filing fee $150.), filed by KAREN STEVENS.(aet, ) (Entered: 02/27/2003) |
| 03/12/2003 | 2 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests of Eli Lilly and Company (Martin, Lawrence) (Entered: 03/12/2003) |
| 03/12/2003 | 3 | ANSWER to Complaint by ELI LILLY AND COMPANY.(Martin, Lawrence) (Entered: 03/12/2003) |
| 04/17/2003 | | NOTICE of Hearing: Initial Status Conference set for 8/14/2003 01:45 PM before Ricardo M. Urbina, Courtroom #12, Fourth Floor. Parties are to meet and confer and file their Joint 16.3 Report.(jwd) (Entered: 04/17/2003) |
| 04/17/2003 | 4 | STANDING ORDER Signed by Judge Ricardo M. Urbina on April 17, 2003. (jwd) (Entered: 04/17/2003) |
| 07/09/2003 | 5 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(Martin, Lawrence) (Entered: 07/09/2003) |
| 08/14/2003 | 6 | CIVIL SCHEDULING ORDER AND REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION. Signed by Judge Ricardo M. Urbina on 8/14/03. (Entered: 08/14/2003) |
| 08/14/2003 | | MINUTE ORDER vacating the interim status conference set for January 19, 2004 and resetting it for January 20, 2004 at 9:45 a.m. Signed by Judge Ricardo M. Urbina on 8/14/03. (Entered: 08/14/2003) |
| 08/14/2003 | | Minute Entry: Initial Status Conference proceedings held before Judge Ricardo M. Urbina : Motions to Amend Pleadings are Join Parties due by 9/15/2003. Oppositions to Motion to Amend Pleadings or Join Parties due by 10/7/2003. Replies to Oppositions to Motions to Amend Pleadings or Join Parties are due by 10/21/2003. Discovery due by 1/16/2004. Dispositive Motions due by 2/18/2004. Oppositions to Dispositive Motions due by 3/18/2004. Replies to Oppositions to Dispositive Motions due by 4/1/2004. Proponent's Rule 26 (a)(2)(B) Statement due by 11/19/2003. Opponent's Rule 26 (a)(2)(B) Statement due by 12/16/2003. Interim Status Conference set for 1/20/2004 09:45 AM before Ricardo M. Urbina. Final Status Conference set for 6/7/2004 09:45 AM before Ricardo M. Urbina. |

|  |  | Case referred to Magistrate Judge Kay for Settlement Discussions(Court Reporter William D. McAllister.) (jwd) (Entered: 08/14/2003) |
|---|---|---|
| 08/14/2003 | ● | CASE REFERRED to Magistrate Judge Alan Kay for settlement discussions. (cp, ) (Entered: 08/15/2003) |
| 08/25/2003 | ●7 | ORDER setting mediation for January 26, 2004 at 3 pm, in chambers - room 1130. Signed by Magistrate Judge Alan Kay on 08/25/03.(DM) (Entered: 08/25/2003) |
| 08/25/2003 |  | Settlement Conference set for 1/26/2004 at 3:00 PM before Magistrate Judge Alan Kay in Chambers, room 1130. (kk, ) (Entered: 09/16/2003) |
| 09/16/2003 | ●8 | MOTION for Leave to Appear Pro Hac Vice *of James J. Dillion* by ELI LILLY AND COMPANY. (Attachments: # 1 Affidavit of James J. Dillion# 2 Text of Proposed Order)(Martin, Lawrence) (Entered: 09/16/2003) |
| 09/29/2003 | ●9 | Consent MOTION to Transfer Case *To The United States District Court For The District Of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Martin, Lawrence) (Entered: 09/29/2003) |
| 09/30/2003 | ● | MINUTE ORDER granting Consent Motion to Transfer Case to the District of Massachusetts 9. Signed by Judge Ricardo M. Urbina on 9/30/03. (Entered: 09/30/2003) |
| 09/30/2003 |  | ***Civil Case Terminated. (jwd) (Entered: 09/30/2003) |
| 09/30/2003 |  | Case referral ended as to Magistrate Judge Alan Kay. (kk, ) (Entered: 11/17/2003) |
| 11/19/2003 | ● | Case transferred to the United States District Court of Massachusetts. Retrieving instructions faxed to Sheila Diskes. (cp, ) (Entered: 11/19/2003) |