UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Karen Stevens | |
|         Plaintiff, | CIVIL ACTION |
| | NO. 03-12346-PBS |
|    v. | |
| Eli Lilly & Company, Inc. | |
|         Defendant. | |

### NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                December 1, 2003

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **January 20, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                                      By the Court,

                                                                                                      _s/ Robert C. Alba_
                                                                                                      Deputy Clerk

Copies to:  All Counsel