UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN STEVENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 03-CV-12346 (PBS) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of James J. Dillon, John M. Granberry, Paula McManus, and Ericka L. Harper of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

    Respectfully submitted,

    FOLEY HOAG LLP

    _____
    James J. Dillon (BBO # 124660)
    John M. Granberry (BBO# 647046)
    Paula McManus (BBO# 648029)
    Ericka L. Harper (BBO# 652511)
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02111-2600
    (617) 832-1000

Dated: December 30, 2003

17/512979.1