UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FILED
IN CLERKS OFFICE**

2003 DEC 30  A 10: 26

...S. DISTRICT COURT
DISTRICT OF MASS.

Karen Stevens

     Plaintiff

v.

ELI LIILY AND COMPANY

     Defendant

CA. No. 03-CV-12346-PBS

## NOTICE OF APPEARANCE

    COME NOW Kenneth M. Levine and Sheila Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and file their appearance as counsel for the Plaintiff in the above referenced matter.

    Respectfully submitted this 22nd day of December, 2003

                      Kenneth M. Levine, BBO#296850
                      Sheila E. Mone, BBO# 634615
                      370 Washington Street
                      Brookline, MA 02446
                      617-566-2700

DATED: December 22, 2003

### Certificate of Service

    I, Kenneth M. Levine, so state that on this 22nd day of December, 2003 I did serve the above document upon counsel for the defendant via first class mail.

           Kenneth M. Levine