IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN STEVENS, Individually and as ]
Mother, Guardian and Next Friend of ]
MADDY OLIVIA STEVENS and ]
FENNER ZIMBLE STEVENS, Minors, ]
          ]
   Plaintiff, ]
          ]
v.         ]   Civil Action No.: 1:03-cv-12346 PBS
          ]   Next Event: Status Conference on
ELI LILLY AND COMPANY, ]              January 20, 2004 at 3:00 p.m.
          ]
   Defendant. ]

## PROPOSED SCHEDULING ORDER

The parties suggest the following schedule:

February 19, 2004:   Deadline for serving discovery requests.

March 22, 2004:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 21, 2004:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 30, 2004:   All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

July 30, 2004:   Deadline for filing Dispositive Motions.

September 2004:   Pre-Trial Conference.

DATED: _____       _____
                                             Judge Patti B. Saris
                                             U.S. District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
|  |  |
| /s/ Kenneth M. Levine | /s/ John M. Granberry |
| Kenneth M. Levine, BBO#296850 | James J. Dillon |
| 370 Washington Street | John M. Granberry |
| Brookline, MA  02446 | 155 Seaport Boulevard |
| 617-566-2700 | Boston, MA  02210-2600 |
|  | 617-832-1000 |
| and |  |
|  | Attorneys for Eli Lilly and Company |
| Aaron M. Levine |  |
| AARON M. LEVINE & ASSOCIATES |  |
| 1320 19th Street, N.W. |  |
| Suite 500 |  |
| Washington, DC  20036 |  |
| 202-833-8040 |  |

Attorneys for Plaintiff

Dated: January ___9___, 2004