# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KAREN STEVENS, Individually and as       ]
Mother, Guardian and Next Friend of      ]
MADDY OLIVIA STEVENS and                 ]
FENNER ZIMBLE STEVENS, Minors,           ]
                                         ]
    Plaintiff,       ]
                                         ]
    v.               ]   **Civil Action No.: 1:03-cv-12346 PBS**
                                         ]   **Next Event: Status Conference on**
ELI LILLY AND COMPANY,                   ]      **January 20, 2004 at 3:00 p.m.**
                                         ]
    Defendant.       ]

## LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a.    they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.    they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff
By her Attorneys,

_____
KAREN STEVENS, Individually
and as Mother, Guardian and Next
Friend of MADDY OLIVIA STEVENS
and FENNER ZIMBLE STEVENS, Minors

_____
Kenneth M. Levine, BBO#296850
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02445
617-566-2700