UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Karen Stevens
Plaintiff,

      V.                          Civil Action Number
                             03-12346-PBS

Eli Lilly & Company, Inc.
Defendant.                            January 20, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 6/30/04

Summary Judgment Motion filing deadline: 7/30/04

Opposition to Summary Judgment Motions: 8/16/04

Reply Deadline: 9/8/04

Hearing on Summary Judgment or Pretrial Conference: 9/22/04 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2004

                                               By the Court,

                                               s/ Robert C. Alba
                                               Deputy Clerk