# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

KAREN STEVENS,

    Plaintiff,

    v.                                                        CA. NO. 03-12346-PBS

ELI LILLY & CO., INC.,

    Defendant.

## NOTICE

May 13, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **mediation** at **10:00 a.m., Wednesday, June 2, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

**All parties must be in attendance for this mediaton.** Leave of the court is required for any exceptions.

                                                      /s/
                                                      **MARIANNE B. BOWLER**
                                                      Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**.