UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN STEVENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 03-CV-12346 (PBS) (MBB) |

**CONSENT MOTION TO RESCHEDULE MEDIATION**

Defendant Eli Lilly and Company ("Lilly"), with the consent of plaintiffs, hereby moves the Court to reschedule the Settlement Conference with Judge Bowler now set for June 2, 2004 at 10:00 am to June 30, 2004 at 10:00 am. As grounds therefore, Lilly states:

1. Discovery is ongoing in this DES case and is not set to close until June 30, 2004. The parties are scheduling depositions of expert witnesses whose testimony likely will impact the assessment of the case.

2. Counsel for both parties will be in front of Judge Bowler for a settlement conference in another DES case, *Silver v. Eli Lilly and Company*, D. Mass. No. 03-CV-11381, on June 30, 2004 at 10:00 am. Counsel for all parties anticipate that both cases can be discussed with Judge Bowler during the same conference.

3. Plaintiffs consent to the rescheduling of the Settlement Conference in this case to June 30, 2004 at 10:00 am.

FHBoston/1059923.1

        Respectfully submitted,

        FOLEY HOAG LLP

        <u>/s/ John M. Granberry</u>
        James J. Dillon (BBO # 124660)
        John M. Granberry (BBO# 647046)
        Paula McManus (BBO# 648029)
        Ericka L. Harper (BBO# 652511)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02111-2600
        (617) 832-1000

Dated: May 26, 2004