UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN STEVENS, et al.,

        Plaintiffs,

    v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 03-CV-12346 (PBS) (MBB)

## [PROPOSED] ORDER

This matter having come before the Court on defendant Eli Lilly and Company's Consent Motion to Reschedule Settlement Conference, the Court hereby

GRANTS the Motion, and further

ORDERS that the Settlement Conference on June 2, 2004 is rescheduled to June 30, 2004 at 10:00 am.

_____

Dated:

FHBoston/1060594.1