**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN STEVENS
    Plaintiff(s)

       v.

CIVIL ACTION NO. <u>03-12346-PBS</u>

ELI LILLY & CO., INC.
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>SARIS</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>JUNE 30, 2004</u>, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[X]    There was progress. A further conference has been scheduled for <u>September 10, 2004 @ 10:30 AM</u> unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

<u>JUNE 30, 2004</u>                       /s/
    DATE                             ADR Provider
                                      <u>MARIANNE B. BOWLER ,U.S.Ch.M.J.</u>

(ADRreport.wpd - 4/12/2000)                         [adrrpt.]