UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN STEVENS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 03-CV-12346 (PBS) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Defendant Eli Lilly and Company ("Lilly"), **with the consent of Plaintiff's counsel,** hereby moves the Court to amend the current Scheduling Order. As grounds for this Motion, Lilly states:

    1.    After completing substantial fact discovery, the parties have engaged in mediation discussions through the assistance of the Court. A further mediation session with the Court is scheduled for September 10, 2004.

    2.    Under the current schedule, the deadline for dispositive motions is July 30, 2004, with oppositions due by August 16, 2004, and replies due September 8, 2004. A hearing on any summary judgment motions is scheduled for September 22, 2004.

    3.    The parties agree that it is in the interest of all parties and it may conserve judicial resources to postpone the dispositive motions deadline until after the upcoming mediation session.

    4.    For the foregoing reasons, and with the consent of plaintiffs, Lilly proposes the following amendments to the scheduling order:

FHBOSTON/1082595.1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions Deadline | July 30, 2004 | September 24, 2004 |
| Oppositions to Dispositive Motions | August 16, 2004 | October 12, 2004 |
| Replies in Support of Dispositive Motions | September 8, 2004 | October 26, 2004 |
| Hearing on Summary Judgment Motion | September 22, 2004 | On or about November 16, 2004 |

Respectfully submitted,

FOLEY HOAG LLP

/s/ John M. Granberry
James J. Dillon (BBO # 124660)
John M. Granberry (BBO# 647046)
Paula McManus (BBO# 648029)
Ericka L. Harper (BBO# 652511)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated: July 16, 2004