UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN STEVENS, et al.,

        Plaintiffs,

v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 03-CV-12346 (PBS)

[PROPOSED] ORDER AMENDING SCHEDULING ORDER

Upon consideration of Eli Lilly and Company's Consent Motion for Amendment of Scheduling Order, and for good cause shown, it is by this Court this _____ day of _____ 2004, hereby

ORDERED, that the Consent Motion for Amendment of Scheduling be and the same hereby is, GRANTED, and it is further

ORDERED, that the case schedule will be amended as :

| Event | New Deadline |
| --- | --- |
| Dispositive Motions Deadline | September 24, 2004 |
| Oppositions to Dispositive Motions | October 12, 2004 |
| Replies in Support of Dispositive Motions | October 26, 2004 |
| Hearing on Summary Judgment Motion | _____ |

_____