UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN STEVENS
  Plaintiff,

v.            CA. No. 03-CV-12346-PBS

ELI LILLY AND COMPANY,
  Defendant

## ASSENTED TO MOTION TO ADMIT ATTORNEY PRO HAC VICE

  COMES NOW the Plaintiff in the above entitled action and moves that this Honorable Court admit Attorney Aaron Levine into the case as counsel for the Plaintiff Pro Hac Vice.

  The case sub judice is a complex product liability matter involving the product known as DES. Attorney Aaron Levine's practice specializes in the area of medical product liability and in particular cases concerning the product DES.

  Local counsel Kenneth M. Levine is a member of the United States District Court for the District of Massachusetts and shall maintain an appearance for the Plaintiff as well.

  Attached hereto and incorporated herein is an Affidavit of Attorney Aaron M. Levine.

1

The motion is assented to by Counsel for the Defendant.

Respectfully submitted this 26th day of July, 2004.

> The Plaintiff,
> By and through Counsel undersigned,
>
> _____
> Kenneth M. Levine, BBO# 296850
> Kenneth M. Levine & Associates
> 370 Washington Street
> Brookline, MA 02446
> (617) 566-2700

DATED: 10/24/01

Assented to :

_James J. Dillon (icmc)_
James J. Dillon
Counsel for the Defendant

### Certificate of Service

I, Kenneth M. Levine, do state that on this 26th day of July, 2004, I did serve a copy of the above motion upon Counsel for the Defendant via first class mail.

_____
Kenneth M. Levine

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED

2004 JUL 29 P 12: 29

KAREN STEVENS
    Plaintiff,

U.S. DISTRICT COURT
DISTRICT OF MASS

v.                                             CA. No. 03-CV-12346-PBS

ELI LILLY AND COMPANY,
    Defendant

### ATTORNEY'S AFFIDAVIT

I, Aaron M. Levine, hereby apply to the Court pursuant to the Rules of the Supreme Court for permission to appear and participate in the action on behalf of the Plaintiff, by whom I have been retained and state:

1. I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Columbia and the United States Court of Appeals.

2. I am the president and principal trial lawyer of the firm Aaron M. Levine & Associates, 1320 19th Street NW, Suite 500, Washington DC, 20036.

3. The case sub judice is a product liability matter involving an injury to the minor child during development before birth.

4. My practice specializes in the area of medical product liability, and in particular DES cases.

5. I have a longstanding relationship with the Plaintiff, and have been requested to become lead counsel in the case by the Plaintiff.

6. It would create serious and substantial hardship to the Plaintiff if the applicant were not allowed to appear as counsel.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Aaron M. Levine

Dated:


SUBSCRIBED AND SWORN TO
Before me this 13th day of July 2004.

_____
NOTARY PUBLIC

Charles Rosenberg
Notary Public, District of Columbia
My Commission Expires 5-31-2009