IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN STEVENS, Individually and as Mother, Guardian and Next Friend of MADDY OLIVIA STEVENS and FENNER ZIMBLE STEVENS, Minors,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CIVIL ACTION No. 03-CV-12346 (PBS) |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Eli Lilly and Company ("Lilly") moves for partial summary judgment against minor plaintiffs Fenner Zimble Stevens and Maddy Olivia Stevens because Massachusetts courts have never, and in all likelihood, will never recognize "third generation" product liability claims. In support of its motion, Lilly adopts and incorporates herein its accompanying Memorandum of Points and Authorities (including Statement of Undisputed Facts), and the Affidavit of Brian L. Henninger.

WHEREFORE, Lilly moves for the entry of partial summary judgment in its favor.

FHBoston/1073076.5

## REQUEST FOR ORAL ARGUMENT

Pursuant to LCvR 7.1(D), Lilly requests a hearing on its Motion for Partial Summary Judgment.

        Respectfully submitted,

        ELI LILLY AND COMPANY

        /s/ James J. Dillon
        James J. Dillon
        Brian L. Henninger
        Foley Hoag LLP
        155 Seaport Boulevard
        Seaport World Trade Center West
        Boston, MA 02210-2600
        (617) 832-1000

        Attorneys for Defendant
        Eli Lilly and Company

Dated: August 10, 2004