**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN STEVENS
    Plaintiff(s)

       v.

ELI LILLY & CO,
    Defendant(s)

CIVIL ACTION NO. 03-12346-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On September 10, 2004, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[X]    There was progress. A further conference has been scheduled for October 8, 2004 at 10:00 a.m. unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

September 10, 2004                        /s/
    DATE                                    ADR Provider
                                              MARIANNE B. BOWLER, U.S.Ch.M.J.

(ADRreport.wpd - 4/12/2000)                                [adrrpt.]