**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>KAREN STEVENS</u>
    Plaintiff(s)

      v.

<u>ELI LILLY & CO.</u>
    Defendant(s)

CIVIL ACTION NO. <u>03-12346-PBS</u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>SARIS</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>October 8, 2004</u>, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]    Settled. Your clerk should enter a <u>60</u> day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

October 8, 2004                /s/
DATE                               ADR Provider
                                     <u>MARIANNE B. BOWLER ,U.S.Ch.M.J.</u>

(ADRreport.wpd - 4/12/2000)                                     [adrrpt.]