UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                Civil Action
                                                                No: 03-12346-PBS

Karen Stevens,
Plaintiff,

v.

Eli Lilly & Company, Inc.,
Defendant.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

      The Court having been advised that the above captioned action settled:

      It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

                                                                   By the Court,

                                                                   /s/ Robert C. Alba
                                                                 Deputy Clerk

October 12, 2004

To: All Counsel