UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN STEVENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 03-CV-12346 (PBS) |

[PROPOSED] ORDER TO SEAL ATTACHMENT
TO CONSENT ORDER APPROVING SETTLEMENT

Upon consideration of the parties' Emergency Joint Motion to Seal Attachment to Consent Order Approving Settlement, and for good cause shown, it is by this Court this _____ day of _____ 2004, hereby

ORDERED, that the Settlement Sheet attached to the Consent Order Approving Settlement be and the same hereby is, GRANTED, and it is further

ORDERED, that the two-page Settlement Sheet attached to the Consent Order Approving Settlement be FILED UNDER SEAL, and it is further

ORDERED, that PACER access to the two-page Settlement Sheet attached to the Consent Order Approving Settlement be DISABLED.

_____